# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Center for Biological Diversity, *et al.*,

        Plaintiffs,

        v.

U.S. Department of the Interior, *et al.*,

        Defendants.

Civil Action No. 10-00952 (BAH)

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Pursuant to Fed. R. Civ. P. 41(a)(2) and the terms of the parties' Settlement Agreement attached hereto as Exhibit A, the parties' Joint Motion for Dismissal with Prejudice is GRANTED and this action is hereby DISMISSED with prejudice.  The Court shall retain jurisdiction over this matter to oversee compliance with the agreement to pay attorneys' fees, as described in the Settlement Agreement.  *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994).

February 23, 2011

/s/ *Beryl A. Howell*

United States District Judge